UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:

Nicole Ann Young

CASE NO: 15-50639

(Insert Name(s) of Debtor(s))

Address 2041 Waterbury Dr.

Uniontown, OH 44685

Last 4 digits of SSN and/or EIN:

5042

Debtor(s).

CHAPTER ___7___

**Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I *, _Nicole Ann Young_ (Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

____ a) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

__X__ c) I am self-employed and do not receive any evidence of payment from an employer;

____ d) Other (Please Explain) _____

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 23rd day of _March_, 200_. 2015

_/s/ Nicole Ann Young_ (Signature of Debtor)
Debtor

*A separate form must be filed by each Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:
*Nicole Ann Young*

CASE NO: *15-50639*

(Insert Name(s) of Debtor(s))

Address *2041 Waterbury Dr*
*Uniontown, OH 44685*

Last 4 digits of SSN and/or EIN:
*9795*

Debtor(s).

CHAPTER _*7*_

**Statement Under Penalty of Perjury Concerning Payment Advices**
**Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I *, ___*Nathan Young*___ (Debtor's Name), state as follows:
I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

____ a) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

____ c) I am self-employed and do not receive any evidence of payment from an employer;

_X_ d) Other (Please Explain) *I am currently a student.*

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this *23* day of *March*, 200_ . *2015*.

*/s/ Nathan Young*_____(Signature of Debtor)
Debtor

*A separate form must be filed by each Debtor